UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BAILEY NELSON,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C19-5326 RSL

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

      The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. #1, and **ORDERS**:

      (1)    Plaintiff shall be issued summonses.

      (2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

      DATED this 25th day of April, 2019.

                                                  /s/ Robert S. Lasnik
                                                  ROBERT S. LASNIK
                                                  United States District Judge